UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **MIGUEL BERMUDEZ-TAMAYA,** | : | VIOLATIONS: |
| **JOSE EDGARDO AMAYA-MOLINA,** | : | |
| also known as Jose Edgardo Amaya, | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit Offense |
| Defendants. | : | Against the United States) |
| | : | |
| | : | 18 U.S.C. § 1546(a) |
| | : | (Possessing and Obtaining Fraudulent |
| | : | Documents Prescribed for Authorized |
| | : | Stay or Employment in the United States) |
| | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

The Conspiracy

1.  On or about January 14, 2008, within the District of Columbia, defendants **MIGUEL BERMUDEZ-TAMAYO** and **JOSE EDGARDO AMAYA-MOLINA**, also known as "Jose Edgardo Amaya" (collectively, "the Defendants"), did knowingly combine, conspire, confederate, and agree together to commit an offense against the United States, that is: to utter, possess, obtain,

accept and receive a permanent resident alien card and social security card, which are documents prescribed by statute or regulation for entry into and as evidence of authorized stay or employment in the United States, knowing them to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a) [Possessing and Obtaining Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States];

<u>Object of the Conspiracy</u>

2. It was the object of the conspiracy for **MIGUEL BERMUDEZ-TAMAYO** to sell a fraudulent permanent resident alien card and fraudulent social security card to **JOSE EDGARDO AMAYA-MOLINA**, also known as "Jose Edgardo Amaya."

<u>Overt Acts</u>

3. In furtherance of the conspiracy and to accomplish the object thereof, the following overt acts, among others, were committed within the District of Columbia by the Defendants:

(A) On or about January 14, 2008, **MIGUEL BERMUDEZ-TAMAYO** brought fraudulent identity documents to the 1700 block of Columbia Road, N.W., in order to sell them to **JOSE EDGARDO AMAYA-MOLINA**, also known as "Jose Edgardo Amaya."

(B) On or about January 14, 2008, **JOSE EDGARDO AMAYA-MOLINA**, also known as "Jose Edgardo Amaya," brought money to the 1700 block of Columbia Road, N.W., in order to buy fraudulent identity documents from **MIGUEL BERMUDEZ-TAMAYO.**

(**Conspiracy to Commit an Offense Against the United States,** in violation of Title 18, United States Code, Section 371).

## COUNT TWO

On or about January 14, 2008, within the District of Columbia, defendants **MIGUEL BERMUDEZ-TAMAYO** and **JOSE EDGARDO AMAYA-MOLINA**, also known as "Jose Edgardo Amaya," did knowingly possess and obtain documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a permanent resident alien card and social security card, knowing them to be forged, counterfeited, altered, and falsely made.

(**Possessing and Obtaining Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States** and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1546(a) and 2).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia