# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-036-02 | MAGIS. NO: |
| V.<br>JOSE EDGARDO AMAYA-MOLINA<br>also known as Jose Edgardo Amaya | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>JOSE EDGARDO AMAYA-MOLINA<br><br>**FILED**<br>APR 2 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| DOB:       PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT OFFENSE AGAINST THE UNITED STATES
POSSESSING AND OBTAINING FRAUDULENT DOCUMENTS PRESCRIBED FOR AUTHORIZED STAY OR EMPLOYMENT IN THE UNITED STATES
AIDING AND ABETTING

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

18:371; 1546(a); and 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE KAY | DATE ISSUED:<br>2/21/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>*Nancy Jackson* | DATE:<br>2/21/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  4/24/08 | NAME AND TITLE OF ~~ARRESTING~~ *Receiving* OFFICER<br>Julie Carrillo DUSM | SIGNATURE OF ~~ARRESTING~~ *Receiving* OFFICER<br>*Julie Carrillo* |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:  Yes___  No  X | | OCDETF CASE:  Yes___  No  X |