UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>          Plaintiff,                              )<br>                                                            )<br>     v.                                                 )<br>                                                            )<br>MIGUEL BERMUDEZ-TAMAYA  )<br>                                                            )<br>JOSE EDGARDO AMAYA-MOLINA )<br>                                                            )<br>          Defendants.                       )<br>                                                            ) | CRIMINAL NO. 08-36-1 (RCL)<br><br>CRIMINAL NO. 08-36-2 (RCL) |

FILED

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER OF DETENTION

Before the Court is the Government's uncontested oral motion to detain defendants without bond pending trial pursuant to 18 U.S.C. § 3142(f)(2)(A). This Court conducted a hearing on the matter on April 29, 2008. Upon consideration of the Government's motion, and the arguments and proffer of evidence introduced at the hearing, the Court finds that defendants pose a serious risk of flight such that no condition or combination of conditions will reasonably assure the appearance of the defendants or the safety of the community if the defendants were to be released pending trial. *See* 18 U.S.C. § 3142(f). Accordingly, the Government's motion is GRANTED as to these defendants and the Court ORDERS that the defendants be detained without bond pending trial. In support of this conclusion, the Court finds as follows:

1. Neither defendant is a United States citizen and Immigration and Customs Enforcement has placed an order of removal as to each defendant that would result in their deportation in the absence of this Court's Order of detention.

2.  Defendants' lack of ties to the United States and their personal characteristics support the conclusion that they are risks of flight if released. 18 U.S.C. § 3142(g)(3)(A); *see United States v. Vargas*, 804 F.2d 157, 163–64 (1st Cir. 1986) (holding that detention was proper where defendant was a Chilean national and lacked ties to the United States).

3   Defendants have not proffered any evidence that would tend to reasonably assure their appearance if they were to be released pending trial.

4.  The defendants shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

5.  The defendants shall be afforded reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3).

6.  Upon order of this Court or on request by the United States, defendants shall be delivered to the United States Marshals Service for the purpose of their appearance in connection with court proceedings. 18 U.S.C. § 3142(i)(4).

SO ORDERED.

_____       4/29/08
United States District Judge Royce C. Lamberth        Date