CO-526
(12/86)

# FILED
MAY 22 2008

UNITED STATES DISTRICT COURT  Clerk, U.S. District and
FOR THE DISTRICT OF COLUMBIA  Bankruptcy Courts

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 08-36 (2)
)
)
Jose EDGARD AMAYO-MOLINA )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge