**FILED**

MAY 2 2 2008

Clerk, U.S. District anc
Bankruptcy Courts

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | :   CRIMINAL NO.: 08-36-02(RCL) |
| | : |
| v. | : |
| | : |
| JOSE EDGARDO AMAYA-MOLINA, | : |
| | : |
| Defendant. | : |
| | : |
| | : |

*Let this be filed*

*Roger C. Lamberth*

*U.S.D.J.   5/22/08*

## STATEMENT OF OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about January 14, 2008, defendant Jose Edgardo Amaya-Molina (hereinafter, "Amaya-Molina" or "defendant") committed the offense of Possessing and Obtaining Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of 18 U.S.C. § 1546(a).

The defendant is a Honduran national who entered the United States illegally and eventually came to Washington, D.C. On January 14, 2008, the defendant and co-defendant Miguel Bermudez-Tamayo, met inside the hallway of a building in the 1700 block of Columbia Road, NW, Washington, D.C. Defendant Bermudez-Tamayo was in the process of selling fake identification documents in his possession to Amaya-Molina when they were interrupted by a Metropolitan Police Officer who, unknown to them, was watching the transaction take place.

When they realized that the police officer was watching them, Amayo-Molina returned his money to his pocket and Bermudez-Tamayo dropped the fake identification documents and tried to walk away.  The officer detained the two men and they were later placed under arrest by agents with U.S. Immigration and Customs Enforcement ("ICE").

The police investigation determined that Bermudez-Tamayo possessed, and was attempting to sell to Amaya-Molina a fake social security card in the name of "Jose Edgardo Amaya," and a fake permanent resident card in the name of "Jose Edgardo Amaya," which also bore Amaya-Molina's photograph.  Amaya-Molina's wallet contained two passport-style photographs that were identical to his photograph on the fake permanent resident card.  The Social Security Administration has determined that the social security number on the social security card is not genuine, and ICE has determined that the alien registration number on the permanent resident card is not genuine. Genuine social security cards and permanent resident alien cards are identity documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: 

FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 353-1666
Frederick.Yette@usdoj.gov

**Defendant's Acceptance of Factual Proffer**

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

5/21/2008
Date

Jose Edgardo Amaya-Molina

**Defense Counsel's Acknowledgment**

I am Jose Edgardo Amaya-Molina's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with her. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

5/21/2008
Date

Joanne Hepworth, Esq.